1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HERBERT HUBER,                              No.  2:25-cv-1311-DC-CKD (PS)

12                  Plaintiff,

13          v.                                   <u>ORDER</u>

14   FISHER,

15                  Defendant.

16

17

18          Plaintiff Herbert Huber proceeds in forma pauperis and without counsel and seeks relief

19   for an alleged violation of his rights based on the seizure of his vehicle.[1] The court previously

20   screened plaintiff's original complaint filed on May 7, 2025, determined it stated a cognizable

21   claim under 42 U.S.C. § 1983 for a Fourth Amendment violation by defendant Fisher only, and

22   determined that no other claims were cognizable. By the same order filed on August 22, 2025, the

23   court granted plaintiff leave to file an amended complaint. (ECF No. 3.) The court also informed

24   plaintiff he could proceed against defendant Fisher on the Fourth Amendment claim without

25   filing an amended complaint by voluntarily dismissing the other claims and defendants. (<u>Id.</u> at 5.)

26

27   _____

[1] This matter is before the undersigned pursuant to Local Rule 302(c)(21). <u>See</u> 28 U.S.C. §
28   636(b)(1).

                                                  1

1    On September 18, 2025, plaintiff filed a document styled as a motion to dismiss, stating

2    plaintiff voluntarily dismisses defendants Mike Howard, Armando Quintero (sued as "Qunitero"),

3    Officer Josh, and all of plaintiff's Fourteenth Amendment claims. (ECF No. 5.) Plaintiff also filed

4    a first amended complaint naming defendant Fisher only. (ECF No. 4.) On September 22, 2025,

5    plaintiff re-filed the motion to dismiss, stating again he wishes to proceed with his Fourth

6    Amendment claim against defendant Fisher only. (ECF No. 6.) Accordingly, the court will order

7    that this case proceed on plaintiff's first amended complaint against defendant Fisher only. By

8    separate order, the court will order plaintiff to submit to the U.S. Marshal the information needed

9    for the U.S. Marshal to effectuate service of process on the defendant.

10    For the reasons set forth above, IT IS ORDERED as follows:

11    1.    Plaintiff's motion to dismiss (ECF No. 6) is construed as requesting a voluntary

12    dismissal under Rule 41(a) of the Federal Rules of Civil Procedure of certain claims and

13    defendants; so construed, the motion is GRANTED. Defendants Mike Howard, Officer Josh, and

14    Armando Quintero are dismissed from this case.

15    2.    This case proceeds on plaintiff's first amended complaint (ECF No. 4) with

16    plaintiff's Fourth Amendment claim against defendant Fisher.

17    Dated:  September 24, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.hube23cv1403.41a

2