UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT HUBER,

Plaintiff,

v.

FISHER, et al.,

Defendants.

No. 2:25-cv-1311-DC-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 14, 25)

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On April 27, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25.) No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 27, 2026 (ECF No. 25), are ADOPTED;
2. Defendant's motion to dismiss (ECF No. 14) is DENIED; and

3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dena Coggins
United States District Judge