UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT HUBER, Plaintiff, v. COUNTY OF SACRAMENTO, et al., Defendants. | 2:25-cv-01311-DC-CKD (PS) ORDER |

Proceeding pro se, plaintiff commenced this civil rights action on May 7, 2025. (ECF No. 1.) Plaintiff proceeds on the first amended complaint with a single claim against defendant Fisher. (ECF Nos. 4, 7.) On July 20, 2026, the court denied defendant Fisher's motion to dismiss. (ECF No. 26.) As such, defendant is required to file an answer to plaintiff's complaint.

In accordance with the above, IT IS ORDERED that defendant shall file an answer to plaintiff's operative complaint within 14 days of this order.

Dated: August 5, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 hube25cv1311.answ